IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )        No.  10-10178-03-WEB
                                )
BENJAMIN B. KIRTLAND, III,      )
XXX-XX-3531                     )
                                )
            Defendant.          )
                                )
and                             )
                                )
TIAA-CREF                       )
Resident Agent Corporation Service Comp.  )
730 Third Avenue                )
New York, NY 10047-3206,        )
                                )
            Garnishee-Defendant. )
_____)

**Memorandum and Order**

This matter is before the court on the United States' objection to the answer of TIAA-CREF to a writ of garnishment.  The United States contends the answer is defective in several respects, including because it fails to provide a breakdown of individual accounts, balances, and distributions regarding accounts belonging to defendant Benjamin Kirtland.  It also points out that the answer contains legal argument from a non-lawyer on behalf of a corporation.

The court concludes that the United States' objections (Doc. 201) to the answer should be, and are hereby, SUSTAINED.  The United States may submit for the court's approval a proposed order requiring the relief requested in its objection, including an order for TIAA-CREF to freeze all accounts owned by defendant Kirtland and to provide an accounting of any monies

paid out since receipt of the writ of garnishment; requiring TIAA-CREF to provide an answer separately identifying all accounts belonging to defendant Kirtland and the balance of each account; requiring TIAA-CREF to provide the United States copies of each plan owned by defendant Kirtland; and striking legal argument provided by a non-attorney on behalf of TIAA-CREF.  *See Rowland v. California Men's Colony*, 506 U.S. 194,  201 (1993) (corporations may appear in federal courts only through a licensed attorney).

IT IS SO ORDERED this  17th   Day of August, 2011, at Wichita, Ks.

s/Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge